01
02
03
04
05

06      UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
07                AT SEATTLE

08  SONYA BRIGGS,                       )
                                        )   CASE NO. C20-5783-MAT
09      Plaintiff,                      )
                                        )
10      v.                              )
                                        )   ORDER
11  COMMISSIONER OF SOCIAL              )
    SECURITY,                           )
12                                      )
        Defendant.                      )
13  _____)

14      This matter comes before the Court on Plaintiff's motion for reconsideration (Dkt. 20).

15  Motions for reconsideration are disfavored in this district and will be granted only on a

16  "showing of manifest error in the prior ruling" or "new facts or legal authority which could

17  not have been brought to [the Court's] attention earlier with reasonable diligence." Local

18  Civil Rule (W.D. Wash.) 7(h)(1).

19      After reviewing both Plaintiff's motion and the Commissioner's response (Dkt. 21), as

20  well as Plaintiff's reply (Dkt. 22), the Court finds that Plaintiff has shown no manifest error or

21  mistake in the court's prior order (Dkt. 18), nor does she cite new facts or authority that could

22  not have been brought to the Court's attention earlier.  Although she reiterates and expands

ORDER RE: SOCIAL SECURITY
DISABILITY APPEAL
PAGE -1

upon her argument that the ALJ erred at step two, Plaintiff has still not shown that the ALJ erred in finding (AR 38) no severe mental impairment. The ALJ's step-two finding is supported by substantial evidence, and, moreover, reasonable in light of Plaintiff's failure to allege a disabling mental impairment (AR 257) and disclaiming of any mental limitations (AR 296-97).

Accordingly, the Court DENIES Plaintiff's motion for reconsideration (Dkt. 20).

Dated this 10th day of June, 2021.

MARY ALICE THEILER
United States Magistrate Judge